# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

HENRY ANGUILO-GIL

WARRANT FOR ARREST

**07-048-M-01**

Case No. 03-2870M

FILED FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HENRY ANGUILO-GIL** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

Failed to report to outpatient treatment.

Failed to notify probation officer of change of residence.

in violation of Title 18 United States Code, Section(s) 3565

_____   U.S. Magistrate Judge
Name of Issuing Officer            Title of Issuing Officer

FELICIA CANNON                     May 20, 2004      Greenbelt, MD
Clerk                              Date and Location

Bail fixed at $ No recommendation        by Thomas M. DiGirolamo
                                         Name of Judicial Officer

RECEIVED U.S. MARSHAL GREENBELT, MD May 25 8 55 AM '04

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ REPORTING |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 2-20-04 | DAVID BALDWIN | David Baldwin |
| Date of Arrest 2-20-07 | | |

U.S. DISTRICT COURT (Rev 12/98)

PROB 12
(Rev 3/88)

## United States District Court
### for the
### DISTRICT OF MARYLAND

07-48M

U.S.A. vs. Henry Anguilo-Gil                     Docket No.: 0:03-02870A

Petition on Probation

COMES NOW Leticia Trevino PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Henry Angulo-Gil** who was placed on supervision for **Driving While Intoxicated** by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at Greenbelt, Maryland, on the 5th day of December, 2003 who fixed the period of supervision at 18 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

2. $10 Special Assessment and $150 Fine to be paid at a rate of $20 per month.

**FILED**
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

WHEREAS:    As of May 1, 2004, the defendants current whereabouts is unknown in violation of Standard Condition #6 which states that the defendant shall notify the probation officer ten days prior to any change of residence or employment.

WHEREAS:    The defendant has failed to report to the outpatient treatment program as of March 20, 2004 in violation f the Special Condition #1 which states that the defendant shall participate in a treatment program for treatment and testing.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Henry Angulo-Gil for alleged violations of probation or term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this 12th day of May, 2004 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

_____
Leticia Trevino, Senior U.S. Probation Officer

Place Greenbelt, Maryland

Date May 6, 2004