**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/26/07

FILED   ENTERED
FEB 27 2007

FILED
MAR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Nancy Mayer-Whittington**
**Clerk of the Court**
Address of Other Court: United States District Court
                       6500 Cherrywood Lane Ste 200
                       Greenbelt, Md. 20770
                       RE: 07-48M Henry Anguilo-Gil

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |                              |   |                   |
|---|------------------------------|---|-------------------|
| X | Docket Sheet                 |   | Warrant of Removal |
| X | Warrant/Petition on Probation |   | Order of Removal  |
|   | Minute Order Appointing Counsel |   | Detention Order   |
|   | Corporate Surety Bond        | X | Waiver of Removal |
|   | Personal Surety Bond         |   |                   |
| X | Other-Blotter dated 2/20/07  |   |                   |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                        Sincerely yours,

                                        Nancy Mayer-Whittington,
                                        Clerk of the Court

                                        By: _____
                                            Deputy Clerk